# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PHILLIP CORDELL, | : | |
| | | Case No. 3:11CV231 |
| Plaintiff | : | |
| | | District Judge Timothy S. Black |
| v. | : | Magistrate Judge Michael J. Newman |
| | | |
| GLEN MCKINNEY | : | |
| | | |
| Defendant. | : | |

## NOTICE

The discovery phase of this case has ended.  No discovery motions referred to the undersigned Judicial Officer remain pending.  The case is presently set for further proceedings, including trial, before United States District Judge Timothy S. Black.

Pursuant to the terms of the Order referring the case to the Magistrate Judge (Doc. #8), the Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer for the discovery phase has expired;

2. No discovery motions in this case remain pending before the undersigned Judicial Officer; and

3. The remaining deadlines set by the Amended Calendar Order (Doc. #17) are **CONFIRMED**.

November 14, 2012

                                                                              s/Michael J. Newman
                                                                                  Michael J. Newman
                                                                  United States Magistrate Judge