UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**PHILLIP CORDELL,**   Case No. 3:11-CV-231

   Plaintiff,   **Judge Timothy S. Black**

**-vs-**

**GLEN MCKINNEY,**

   Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 19) is **GRANTED**; and Defendant's Motion to Strike (Doc. 37) is **DENIED AS MOOT**; and the case is **CLOSED** in this Court.

Date: September 24, 2013   **JOHN P. HEHMAN, CLERK**

   By: *s/ M. Rogers*
   Deputy Clerk