UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP CORDELL, | : | Case No. 3:11-cv-231 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| GLEN MCKINNEY, | : | |
| Defendant. | : | |

### CONDITIONAL ORDER OF DISMISSAL

The Court having been notified by the parties that this case has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 11/24/14

Timothy S. Black
United States District Judge