# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP CORDELL, | : | CASE NO. 3:11cv231 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | |
| DEPUTY SHERIFF GLEN MCKINNEY, | : | **STIPULATION OF DISMISSAL** |
| | : | |
| Defendant. | : | |

Now come the parties, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), hereby stipulate to the dismissal of all claims against Defendant Deputy Sheriff Glen McKinney in the above-captioned matter. This Stipulation shall act to dismiss all claims of Plaintiff against said Defendant **with prejudice**.

Respectfully submitted,

SURDYK, DOWD & TURNER, CO., L.P.A.

/s/ Joshua R. Schierloh
Jeffrey C. Turner (0063154)
Joshua R. Schierloh (0078325)
One Prestige Place
Suite 700
Miamisburg, Ohio 45342
(937) 222-2333
(937) 222-1970 (fax)
jturner@sdtlawyers.com
jschierloh@sdtlawyers.com
*Trial Attorneys for Defendant Deputy Sheriff Glen McKinney*

*Per authority 12/4/14*
David A. Singleton (0074556)
Ohio Justice & Policy Center
215 E. 9th Street, Suite 601
Cincinnati, Ohio 45202
(513) 543-7254
(513) 562-3200 (fax)
dsingleton@ohiojpc.org
*Trial Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that I electronically filed the foregoing on the 5th day of December, 2014, with the Clerk of the Court using the CM/ECF system which will send notice to the following:

David A. Singleton
Ohio Justice & Policy Center
215 E. 9th Street, Suite 601
Cincinnati, Ohio 45202
*Trial Attorney for Plaintiff*

/s/ Joshua R. Schierloh
Joshua R. Schierloh (0078325)